RICHARD H. KYLE, JR.
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
rkyle@fredlaw.com

LAWRENCE BENDER
FREDRIKSON & BYRON, P.A.
200 North Third Street, Suite 150
Bismarck, ND  58501-3879
Telephone:  (701) 221-4020
Facsimile:  (701) 221-4040
lbender@fredlaw.com

Attorneys for Defendant Newfield Production Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:11-po-009-CSM-1 |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| NEWFIELD PRODUCTION COMPANY, | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of Defendant Newfield Production Company, in compliance with the provisions of Rule 12.4(a)(1) of the Federal Rule of Criminal Procedure, which states: "Any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation

and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

**The filing party hereby declares as follows:**

1. Newfield Exploration Company is the parent company of Newfield Production Company; and

3. Defendant is not aware of any other corporation that it is required to disclose under Rule 12.4(a)(1).

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated:  October 3, 2011							FREDRIKSON & BYRON, P.A.


							By  s/ Richard H. Kyle, Jr.
								RICHARD H. KYLE, JR.
								Fredrikson & Byron, P.A.
								200 South Sixth Street, Suite 4000
								Minneapolis, MN 55402-1425
								Attorneys for Defendant Newfield
								Production Company



							FREDRIKSON & BYRON, P.A.


							By  s/ Lawrence Bender
								LAWRENCE BENDER
								Fredrikson & Byron, P.A.
								200 North Third Street, Suite 150
								Bismarck, ND  58501-3879
								Attorneys for Defendant Newfield
								Production Company

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of October, 2011, I electronically filed the foregoing with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

U.S. Attorney's Office
Cameron W. Hayden
P.O. Box 699
Bismarck, ND  58502
*Attorneys for Plaintiff*

                                                s/ Richard H. Kyle, Jr.
                                                RICHARD H. KYLE, JR.
                                                Fredrikson & Byron, P.A.
                                                200 South Sixth Street, Suite 4000
                                                Minneapolis, MN 55402-1425
                                                Attorneys for Defendant Newfield Production Company

4997426.1